**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

|  |  |  |
|---|---|---|
|  | : | MDL DOCKET NO. 4:03-CV-1507-BRW |
| IN RE: | : |  |
| PREMPRO PRODUCTS LIABILITY | : |  |
| LITIGATION | : |  |

## ORDER

Plaintiff's pending Motions to Dismiss are GRANTED in the cases listed below and the cases are DISMISSED with prejudice:

    4:04-cv-00372-BRW   Demoville et al v. Wyeth Inc et al
    4:04-cv-00386-BRW   Demme v. Wyeth Inc et al
    4:04-cv-00387-BRW   Stack et al v. Wyeth Inc et al
    4:04-cv-00520-BRW   Freeman et al v. Wyeth Inc et al
    4:04-cv-01111-BRW   Helms, et al v. Wyeth, et al

    4:04-cv-01164-BRW   Hasley et al v. Wyeth Inc et al
    4:04-cv-01165-BRW   Van Houten et al v. Wyeth Inc et al
    4:04-cv-02259-BRW   Frailey, et al v. Wyeth Inc, et al
    4:05-cv-00439-BRW   McCadden v. Wyeth Inc, et al
    4:05-cv-00581-BRW   Rigger, et al v. Wyeth Inc, et al

    4:05-cv-00833-BRW   Franklin, et al v. Wyeth
    4:05-cv-00881-BRW   Musgrove v. Wyeth Inc et al
    4:05-cv-00882-BRW   Hamby v. Wyeth Inc et al
    4:05-cv-00958-BRW   Mooney v. Wyeth Inc et al
    4:05-cv-01113-BRW   Sage v. Wyeth Inc et al

    4:05-cv-01114-BRW   Jones v. Wyeth Inc et al
    4:05-cv-01116-BRW   Redd-Owens et al v. Wyeth Inc et al
    4:05-cv-01353-BRW   Tsakeres et al v. Wyeth Inc et al
    4:05-cv-01603-BRW   LeBlanc et al v. Wyeth Inc et al
    4:06-cv-00293-BRW   Waddell v. Wyeth Inc et al

    4:06-cv-00566-BRW   Hyman et al v. Wyeth Inc et al
    4:06-cv-00632-BRW   Graves v. Wyeth Inc et al
    4:06-cv-00812-BRW   Carper et al v. Wyeth Inc et al
    4:07-cv-00288-BRW   Cheek v. Wyeth Inc et al
    4:07-cv-00657-BRW   Cooper v. Wyeth Inc et al

```
4:07-cv-00661-BRW  Scheets et al v. Wyeth Inc et al
4:07-cv-00666-BRW  Schlaffman v. Wyeth Inc et al
4:08-cv-00300-BRW  Genduso et al v. Wyeth Inc et al
4:08-cv-00316-BRW  Gustafson et al v. Wyeth Inc et al
4:08-cv-00351-BRW  Constien et al v. Wyeth Inc et al

4:08-cv-00451-BRW  Kaufmann et al v. Wyeth Inc et al
4:08-cv-00475-BRW  Murdock v. Wyeth Inc et al
4:08-cv-00490-BRW  Stainbrook v. Wyeth Inc et al
4:08-cv-00660-BRW  Duval et al v. Wyeth Inc et al
4:08-cv-00777-BRW  Corona et al v. Wyeth Inc et al

4:08-cv-00780-BRW  Raab et al v. Wyeth Inc et al
4:08-cv-00812-BRW  England et al v. Wyeth Inc et al
4:08-cv-00814-BRW  Gorce et al v. Wyeth Inc et al
4:08-cv-00815-BRW  Baxter v. Wyeth Inc et al
4:08-cv-00818-BRW  Cooley et al v. Wyeth Inc et al

4:08-cv-00820-BRW  Mangold et al v. Wyeth Inc et al
4:08-cv-00823-BRW  Wade et al v. Wyeth Inc et al
4:08-cv-00972-BRW  Lachs et al v. Wyeth Inc et al
4:08-cv-01142-BRW  Rose et al v. Wyeth Inc et al
4:08-cv-01145-BRW  Shimanek et al v. Wyeth Inc et al

4:08-cv-01148-BRW  Long et al v. Wyeth Inc et al
4:08-cv-01178-BRW  Todd v. Wyeth Inc et al
4:08-cv-01197-BRW  Corning et al v. Pharmacia & Upjohn Company LLC et al
4:08-cv-01198-BRW  Simmons v. Pharmacia & Upjohn Company LLC et al
4:08-cv-01200-BRW  Strode v. Pharmacia & Upjohn Company LLC et al

4:08-cv-01213-BRW  Hawkins et al v. Wyeth Inc et al
4:08-cv-01221-BRW  Tinkham et al v. Wyeth Inc et al
4:08-cv-01244-BRW  McGuire et al v. Wyeth Inc et al
4:08-cv-01252-BRW  Doan et al v. Wyeth Inc et al
4:08-cv-01255-BRW  McCue v. Wyeth Inc et al

4:08-cv-01258-BRW  Filippi v. Wyeth Inc et al
4:08-cv-01260-BRW  Cannon v. Wyeth Inc et al
4:08-cv-01261-BRW  Cresci et al v. Wyeth Pharmaceuticals Inc
4:08-cv-01262-BRW  Grande v. Wyeth Inc et al
4:08-cv-01263-BRW  Mierau v. Wyeth Inc et al

4:08-cv-01265-BRW  Pascaran et al v. Wyeth Inc et al
4:08-cv-01337-BRW  Caja et al v. Wyeth Inc et al
4:08-cv-01338-BRW  Chick et al v. Wyeth Inc et al
4:08-cv-01340-BRW  Basile-Getz et al v. Wyeth Inc et al
4:08-cv-01344-BRW  Gladstone et al v. Wyeth Inc et al
```

```
4:08-cv-01356-BRW    Hung v. Wyeth Inc et al
4:08-cv-01358-BRW    Johnson et al v. Wyeth Inc et al
4:08-cv-01359-BRW    Juliussen et al v. Wyeth Inc et al
4:08-cv-01434-BRW    Mayz et al v. Wyeth Inc et al
4:08-cv-01437-BRW    Llacera v. Wyeth Inc et al

4:08-cv-01438-BRW    Hamilton et al v. Wyeth Inc et al
4:08-cv-01459-BRW    Martinez et al v. Wyeth Inc et al
4:08-cv-01456-BRW    Katsuleris et al v. Wyeth Inc et al
4:08-cv-01459-BRW    Martinez et al v. Wyeth Inc et al
4:08-cv-01460-BRW    Krause v. Wyeth Inc et al

4:08-cv-01461-BRW    Bambauer v. Wyeth Inc et al
4:08-cv-01463-BRW    Poindexter v. Wyeth Inc et al
4:08-cv-01486-BRW    Stankard et al v. Wyeth Inc et al
4:08-cv-01496-BRW    Dillon v. Wyeth Inc et al
4:08-cv-01504-BRW    Fields v. Wyeth Inc et al

4:08-cv-01505-BRW    Spector et al v. Wyeth Inc et al
4:08-cv-01508-BRW    Lee et al v. Wyeth Inc et al
4:08-cv-01569-BRW    Sciacca et al v. Wyeth Inc et al
4:08-cv-01570-BRW    Olson et al v. Wyeth Inc et al
4:08-cv-01572-BRW    Atkins et al v. Wyeth Inc et al

4:08-cv-01573-BRW    Shapiro et al v. Wyeth Inc et al
4:08-cv-01577-BRW    Glynn v. Wyeth Inc et al
4:08-cv-01579-BRW    Melnick et al v. Wyeth Inc et al
4:08-cv-01593-BRW    Hildreth et al v. Wyeth Inc et al
4:08-cv-01611-BRW    Harke et al v. Wyeth Inc et al

4:08-cv-01618-BRW    Younger v. Wyeth Inc et al
4:08-cv-01624-BRW    Kaidanow et al v. Wyeth Inc et al
4:08-cv-01625-BRW    Jackson v. Wyeth Inc et al
4:08-cv-01641-BRW    Vahldick v. Wyeth Inc et al
4:08-cv-01643-BRW    Filbert v. Wyeth Inc et al

4:08-cv-01646-BRW    Dunn et al v. Wyeth Inc et al
4:08-cv-01647-BRW    Price v. Wyeth Inc et al
4:08-cv-01672-BRW    Landreth et al v. Wyeth Inc et al
4:08-cv-01678-BRW    Chubb et al v. Wyeth Inc et al
4:08-cv-01716-BRW    Tremblay et al v. Wyeth Inc et al

4:08-cv-01717-BRW    Peterson v. Wyeth Inc et al
4:08-cv-01718-BRW    Brooks et al v. Wyeth Inc et al
4:08-cv-01721-BRW    Billeter v. Wyeth Inc et al
4:08-cv-01725-BRW    Fortune v. Wyeth Inc et al
4:08-cv-01730-BRW    Geiger v. Wyeth Inc et al
```

4:08-cv-01736-BRW   Kerschman et al v. Wyeth Inc et al
4:08-cv-01737-BRW   Kilerlane v. Wyeth Inc et al
4:08-cv-01739-BRW   Kreitzburg et al v. Wyeth Inc et al
4:08-cv-01740-BRW   Rube v. Wyeth Inc et al
4:08-cv-01744-BRW   Todzia et al v. Wyeth Inc et al

4:08-cv-01746-BRW   Booker v. Wyeth Inc et al
4:08-cv-01748-BRW   Thompson et al v. Wyeth Inc et al
4:08-cv-01750-BRW   Ray v. Wyeth Inc et al
4:08-cv-01753-BRW   Hicks Lee v. Wyeth Inc et al
4:08-cv-03594-BRW   Scarbrough v. Wyeth Inc et al

4:09-cv-00391-BRW   Lybrand v. Wyeth Inc et al


IT IS SO ORDERED this 8th day of February, 2012.


/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE